UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON PASKEWITZ,<br><br>Plaintiff,<br><br>vs.<br><br>VOLUNTEERS OF AMERICA WESTERN WASHINGTON, a Washington nonprofit corporation; and PHIL SMITH and JANE DOE SMITH, and the marital community comprised thereof,<br><br>Defendants. | No. C17-1134 RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND COMPLAINT** |

## I.  STIPULATED MOTION

Plaintiff Sharon Paskewitz and Defendants Volunteers of America Western Washington, a Washington non-corporation, and Phil Smith, hereby agree and stipulate that Plaintiff may amend her complaint to correct a scrivener's error in the original complaint (the RCW cited for the wrongful discharge claim was RCW 51.48, but should have been RCW 49.60). The proposed Amended Complaint for Damages is attached as Exhibit A to this Stipulation.

///

STIPULATED MOTION AND ORDER
TO AMEND COMPLAINT - 1

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Respectfully stipulated and submitted this 7th day of February, 2018.

/s/ Erin S. Norgaard
Erin S. Norgaard, WSBA No. 32789

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
enorgaard@hkm.com
Attorneys for Plaintiff

/s/Kathryn L. Feldman
Kathryn L. Feldman, WSBA No. 15273

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 223-1313
kfeldman@karrtuttle.com
Attorneys for Defendants

## II. ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Amended Complaint as attached to the Stipulated Motion filed at Dkt. #13 may be filed.

DATED this 8th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO AMEND COMPLAINT - 2

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504