UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON PASKEWITZ,<br><br>Plaintiff,<br><br>vs.<br><br>VOLUNTEERS OF AMERICA WESTERN WASHINGTON, a Washington nonprofit corporation; and PHIL SMITH and JANE DOE SMITH, and the marital community comprised thereof,<br><br>Defendants. | No. C17-1134 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING DISCLOSURE OF EXPERT TESTIMONY UNDER FRCP 26(a)(2)** |

## I. STIPULATED MOTION

Plaintiff Sharon Paskewitz and Defendants Volunteers of America Western Washington, a Washington non-corporation, and Phil Smith, hereby agree and stipulate to extend the deadline to file Disclosures of Expert Testimony under FRCP 26(a)(2) from April 12, 2018 to April 26, 2018.

///

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR FILING DISCLOSURE OF
EXPERT TESTIMONY UNDER FRCP 26(a)(2)- 1
Case No. 2:17-cv-01134-RSM

**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Respectfully stipulated and submitted this 11th day of April, 2018.

*/s/ Erin S. Norgaard*
Erin S. Norgaard, WSBA No. 32789

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
*enorgaard@hkm.com*
Attorneys for Plaintiff

*/s/ Kathryn L. Feldman*
Kathryn L. Feldman, WSBA No. 15273

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 223-1313
*kfeldman@karrtuttle.com*
Attorneys for Defendants

## II. ORDER

PURSUANT TO STIPULATION, the deadline for filing Disclosures of Expert Testimony under FRCP 26(a)(2) is extended from April 12, 2018 to April 26, 2018.

DATED this 12th day of April 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR FILING DISCLOSURE OF
EXPERT TESTIMONY UNDER FRCP 26(a)(2)- 2
Case No. 2:17-cv-01134-RSM

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504