UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON PASKEWITZ,

　　　　　Plaintiff,

vs.

VOLUNTEERS OF AMERICA WESTERN
WASHINGTON, a Washington nonprofit
corporation; and PHIL SMITH and JANE DOE
SMITH, and the marital community comprised
thereof,

　　　　　Defendants.

No. 2:17-cv-01134-RSM

**STIPULATED MOTION AND
ORDER TO CONTINUE TRIAL
DATE AND TO EXTEND
DEADLINES FOR DISCOVERY,
DISCOVERY MOTIONS, AND
DISPOSITIVE MOTIONS**

## I.　　STIPULATED MOTION

Plaintiff Sharon Paskewitz and Defendants Volunteers of America Western Washington,

a Washington non-profit corporation, and Phil Smith, hereby stipulate and jointly move the

Court to continue the trial date from October 9, 2018, to November 19, 2018. This joint

stipulated motion for a short trial continuance is made to accommodate the parties' requested

extension of the deadline for motions related to discovery, the discovery deadline, and the

deadline for dispositive motions, filed with the Court on May 11, 2018. *See* Dkt. No. 22. As

previously stated, the parties are diligently working through discovery issues in this case but

need additional time to complete discovery and to file any motions related to discovery that

cannot be resolved by the parties. *Id.* The parties jointly requested an extension of the deadline

for completion of discovery and filing any motions related to discovery to July 11, 2018. *Id.* The

ORDER TO CONTINUE TRIAL DATE
AND TO EXTEND DEADLINES FOR DISCOVERY, DISCOVERY
MOTIONS, AND DISPOSITIVE MOTIONS- 1
Case No. 2:17-cv-01134-RSM

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

parties also requested an extension of the deadline for filing dispositive motions to August 21, 2018. *Id.* The parties were advised by the Court that the dates proposed in their May 11, 2018, stipulated motion do not provide sufficient time to resolve any motions prior to the current trial date, and that the motion was denied unless and until the parties propose a new trial date. *See* Dkt. No. 23. After consultation with the Court's In-Court Deputy, the parties now also jointly move to continue the trial date to November 19, 2018, to accommodate the requested extension to deadlines.

Respectfully stipulated and submitted this 15th day of May, 2018.

<table>
<tr><td>/s/ Erin S. Norgaard</td><td>/s/Kathryn L. Feldman</td></tr>
<tr><td>Erin S. Norgaard, WSBA No. 32789</td><td>Kathryn L. Feldman, WSBA No. 15273</td></tr>
<tr><td><strong>HKM Employment Attorneys LLP</strong></td><td><strong>Karr tuttle campbell</strong></td></tr>
<tr><td>600 Stewart Street, Suite 901</td><td>701 Fifth Avenue, Suite 3300</td></tr>
<tr><td>Seattle, WA 98101</td><td>Seattle, WA 98104</td></tr>
<tr><td>Tel: (206) 838-2504</td><td>Tel: (206) 223-1313</td></tr>
<tr><td><em>enorgaard@hkm.com</em></td><td><em>kfeldman@karrtuttle.com</em></td></tr>
<tr><td>Attorneys for Plaintiff</td><td>Attorneys for Defendants</td></tr>
</table>

## II.    ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the trial date is continued to November 19, 2018, and that the deadline for completion of discovery and the filing of motions related to discovery is extended to July 11, 2018, and the deadline for filing all dispositive motions is extended to August 21, 2018.

DATED this 16th day of May, 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE TRIAL DATE
AND TO EXTEND DEADLINES FOR DISCOVERY, DISCOVERY
MOTIONS, AND DISPOSITIVE MOTIONS- 2
Case No. 2:17-cv-01134-RSM

**HKM Employment Attorneys llp**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504