UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON PASKEWITZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VOLUNTEERS OF AMERICA WESTERN WASHINGTON, a Washington nonprofit corporation; and PHIL SMITH and JANE DOE SMITH, and the marital community comprised thereof,<br><br>　　　　　　Defendants. | No. 2:17-cv-01134-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

Respectfully stipulated and submitted this 27th day of July, 2018.

| | |
|---|---|
| */s/ Erin S. Norgaard*<br>Erin S. Norgaard, WSBA No. 32789<br>**HKM EMPLOYMENT ATTORNEYS LLP**<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Tel: (206) 838-2504<br>*enorgaard@hkm.com*<br>Attorneys for Plaintiff | */s/ Kathryn L. Feldman*<br>Kathryn L. Feldman, WSBA No. 15273<br>**KARR TUTTLE CAMPBELL**<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Tel: (206) 223-1313<br>*kfeldman@karrtuttle.com*<br>Attorneys for Defendants |

STIPULATION AND ORDER OF DISMISSAL- 1
Case No. 2:17-cv-01134-RSM

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

# ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED that this case is dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

DATED this 27th day of July, 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL- 2
Case No. 2:17-cv-01134-RSM

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504